THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Bobby Joe Brown # 1,       
Appellant.
 
 
 

 

Appeal From Abbeville County
James W. Johnson, Jr., Circuit Court 
 Judge
Wyatt T. Saunders, Jr, Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-640
Submitted August 20, 2003  Filed November 
 4, 2003 

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare , of Columbia, 
 for Appellant
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia;  and Solicitor William Townes Jones, of Greenwood, for Respondent.
 
 
 

 PER CURIAM:  Bobby Joe Brown 
 was indicted for trafficking crack cocaine, possession with intent to distribute 
 crack cocaine, and distribution.  He was tried in absentia on 
 the trafficking charge and convicted of possession with intent to distribute 
 crack cocaine (PWID).  Brown was sentenced to eighteen years imprisonment and 
 a fine of $100,000.  Brown appeals.
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Brown attached to the final brief a petition 
 to be relieved as counsel, stating she had reviewed the record and concluded 
 Browns appeal is without legal merit sufficient to warrant a new trial.  Brown 
 filed a separate pro se response.
After a thorough review of the record 
 pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, 
 JJ., concur.